970

No. 617. SEARS, ROEBUCK & Co. v. MACKEY ET AL. C. A. 7th Cir. Certiorari granted. *Frank H. Marks* for petitioner. *John Paul Stevens* for Mackey, respondent.

No. 390. WHITE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 391. TOMLINSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 447. UNITED STATES v. CLOSE. C. A. 7th Cir. Certiorari denied. *Solicitor General Sobeloff* for the United States. *Hayden C. Covington* for respondent.

No. 448. UNITED STATES v. HINKLE. C. A. 9th Cir. Certiorari denied. *Solicitor General Sobeloff* for the United States. *Hayden C. Covington* for respondent.

No. 501. WATERMAN STEAMSHIP CORP. v. UNITED STATES. Court of Claims. Certiorari denied. *Walter P. Hickey* and *L. de Grove Potter* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Leavenworth Colby* and *Herman Marcuse* for the United States.